**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD BAXTER, | ) | CASE NO. 5:25-cv-2477 |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| vs. | ) | **ORDER** |
| FRANK BAXTER, *et al.*, | ) | |
| Defendants. | ) | |

This matter comes before the Court upon the parties' Joint Stipulation of Dismissal. (Doc. No. 23.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may stipulate to dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation after having reached a settlement of this case, which is hereby **DISMISSED with prejudice**.

The Court retains jurisdiction to resolve disputes concerning the settlement agreement and to enforce the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994). This case hereby is **CLOSED**.

**IT IS SO ORDERED**.

Dated: March 19, 2026

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**